IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT JAMES SWINT, JAMES STANLEY DEAN, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL PAPER COMPANY, UNITED STATES OF AMERICA, BUSH BOAKE ALLEN, CHAMPION MASONITE, <br><br> Defendants. | CV 21-72-M-DLC <br><br> JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this case is dismissed.

  Dated this 13th day of September, 2021.

           TYLER P. GILMAN, CLERK

           By: /s/ N. Stephens
           N. Stephens, Deputy Clerk